David J. RAWLINS; Jacqueline A. Rawlins, Plaintiffs—Appellants,

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION, a federal agency; Hector V. Barreto,* in his official capacity as Administrator of the United States Small Business Administration, Defendants—Appellees.

No. 01–15365.

D.C. No. CV–98–02199–FCD.

United States Court of Appeals, Ninth Circuit.

---

* Hector V. Barreto is substituted for Aida Alvarez as Administrator of the United States Small Business Administration pursuant to Fed. R.App. P. 43(c)(2).

**636**

Submitted June 10, 2002 **.

Decided June 17, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM ***

David J. and Jacqueline A. Rawlins, husband and wife, appeal the district court's summary judgment in favor of the United States Small Business Administration in their action seeking declaratory and injunctive relief. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm for the reasons stated in the magistrate judge's Findings and Recommendations filed on November 7, 2000, and adopted in the district court's order of December 20, 2000.

AFFIRMED.

---

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

